■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES LOUGHRAN, Appellant.—

Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.